AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michael Donnell Martin,<br>*Plaintiff*<br>v.<br><br>State of South Carolina; Greenville County, *DBA* Greenville County Detention Center ("GCDC"); Greenville County Detention Center Staff; John Vandermosten, Assistant County Administrator (Greenville, S.C.); Scotti Brodiford, Greenville County Detention Center Operations Administrator; Tracy Krein, Greenville County Detention Center Medical Administrator; Patricia Rae, Greenville County Detention Center Medical Supervisor; April Roberts, Greenville County Detention Center Clinical Supervisor; Corporal Lynn Cathey, Greenville County Detention Center Work Program Administrator; Officer Walker, Greenville County Detention Center Kitchen Duty Assignment Officer,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.  0:15-cv-01982-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Michael Donnell Martin, shall take nothing of the defendants, State of South Carolina, Greenville County, *DBA* Greenville County Detention Center, Greenville County Detention Center Staff, John Vandermosten, Scotti Brodiford, Tracy Krein, Patricia Rae, April Roberts, Corporal Lynn Cathey, Officer Walker, from the complaint filed and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  October 8, 2015                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/G. Mills
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*